# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6488 | **DATE** | 3/4/2005 |
| **CASE TITLE** | US vs. Dan Wright, Sr. (02 CR 451) | | |

**DOCKET ENTRY TEXT:**

**ENTER MEMORANDUM OPINION:** Wright's motion to vacate, set aside, or correct his sentence is denied with prejudice. Wright's motion for bail is denied as moot.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|